AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

THOMAS DUCLOS,

      Petitioner,

V.

WILLIAM DONAT, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:08-CV-00406-RCJ-RAM

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DENIED. FURTHER ORDERED that the Certificate of Appealability is DENIED.

August 5, 2010

          **LANCE S. WILSON**
                Clerk

          /s/ M. Campbell
          Deputy Clerk